JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordyn Marie Wieber, | 2:18-cv-03462-JLS-KES |
| Plaintiff, | |
| v. | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |
| United States Olympic Committee, et al. | |
| Defendant. | |

In light of the Bankruptcy Court's Order staying this action in its entirety, it is hereby Ordered that this case is removed from this Court's active caseload until further application by the parties or Order of this Court. All pending dates are ordered vacated.

DATED: May 23, 2019

JOSEPHINE L. STATON
JOSEPHINE L. STATON
United States District Judge